**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER CHERKASSKY<br><br>Plaintiff,<br><br>v.<br><br>STANDARD BIOTOOLS, INC., AND MICHAEL EGHOLM,<br><br>Defendants. | Civil Action No. 1:23-CV-13163-PBS |

**ASSENTED-TO MOTION TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Alexander Cherkassky moves to extend by seven days the time to oppose Defendants' Motion to Compel Arbitration and Stay Litigation. Plaintiff states as follows as grounds for this motion:

1. Plaintiff filed his Complaint on December 20, 2023, and it was served upon all Defendants by December 26, 2023. [Dkt. Nos. 1, 6, and 7].

2. On January 5, 2024, Defendants moved to extend the time to respond to the Complaint to February 14, 2024. Plaintiff assented to this request, and the motion was allowed. [Dkt. Nos. 11 and 12].

3. Defendants filed a Motion to Compel Arbitration and Stay Litigation on February 13, 2024. [Dkt. No. 13]. The deadline for Mr. Cherkassky to respond is February 27, 2024. L.R., D. Mass. 7.1(b)(2).

4. Plaintiff's counsel intends for the opposition to be supported by affidavits, including an affidavit from Plaintiff Alexander Cherkassky. Mr. Cherkassky is, however,

traveling out of state and will continue to be out of state through Tuesday, February 27, the date that the opposition is due. Additional time is requested for him to be able to assist with the preparation of the opposition.

5. Plaintiff's counsel also has additional personal obligations related to this week's Massachusetts February school vacation.

6. Plaintiff's counsel has conferred with Defendants' counsel, and Defendants' counsel has assented to this request.

**WHEREFORE**, Plaintiff respectfully requests that this Court extend by seven days the time for Plaintiff to oppose Defendants' Motion to Compel Arbitration and Stay Litigation, to and including March 5, 2024.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Plaintiff's counsel certifies that the parties have conferred in a good faith effort to narrow and resolve issues raised by this Motion, and that all parties assent to the relief requested.

Respectfully submitted,
PLAINTIFF ALEXANDER CHERKASSKY,
By his attorneys,

/s/ *Paul M. Robertson*

Kenneth J. DeMoura, BBO# 548910
Paul M. Robertson, BBO # 562421
Melanie J. McCauley, BBO # 703689
DeMoura|Smith LLP
607 North Avenue, Suite F
Wakefield, MA 01880
Tel: (781) 914-3779
Fax: (781) 914-3780
kdemoura@demourasmith.com
probertson@demourasmith.com
mmccauley@demourasmith.com

Assented to:
DEFENDANTS STANDARD BIOTOOLS, INC., and MICHAEL EGHOLM
By their attorneys,

/s/ *Kathryn Droumbakis* (*MJM w/ permission*)

Kathryn Droumbakis (BBO# 703384)
John F. Sylvia (BBO# 555581)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: 617.542.6000
Fax: 617.542.2241
KRDroumbakis@mintz.com
JFSylvia@mintz.com

**Dated: February 20, 2024**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for each party indicated as nonregistered participants on the date set forth above.

/s/ Melanie McCauley

Melanie McCauley