**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER CHERKASSKY<br><br>Plaintiff,<br><br>v.<br><br>STANDARD BIOTOOLS, INC., AND MICHAEL EGHOLM,<br><br>Defendants. | Civil Action No. 1:23-CV-13163-PBS |

**JOINT MOTION TO EXTEND TIME FOR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION, TO ALLOW THE PARTIES TO COMPLETE AGREED-UPON CONDITIONS PRECEDENT TO SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff, Alexander Cherkassky, and Defendants, Standard BioTools, Inc., and Michael Egholm, jointly move to extend by 21 days the time for Plaintiff to oppose Defendants' Motion to Compel Arbitration and Stay Litigation. The Parties state as follows as grounds for this motion:

1. Plaintiff filed his Complaint on December 20, 2023, and it was served upon all Defendants by December 26, 2023. [Dkt. Nos. 1, 6, and 7].

2. On January 5, 2024, Defendants moved to extend the time to respond to the Complaint to February 14, 2024. Plaintiff assented to this request, and the motion was allowed. [Dkt. Nos. 11 and 12].

3. Defendants filed a Motion to Compel Arbitration and Stay Litigation on February 13, 2024. [Dkt. No. 13]. The initial deadline for Mr. Cherkassky to respond was February 27, 2024. L.R., D. Mass. 7.1(b)(2).

4. On February 20, 2024, Plaintiff filed an Assented-To Motion To Extend Time For Plaintiff To Oppose Defendants' Motion To Compel Arbitration And Stay Litigation by seven days, to Tuesday, March 5, 2024. That Motion was allowed by the Court on February 21, 2024. [Dkt. Nos. 17 and 18].

5. The Parties have during this time been engaged in settlement negotiations. On February 29, 2024, the Parties filed a Joint Motion to Extend Time (by 14 days, to March 19, 2024) for Plaintiff to Oppose Defendants' Motion to Compel Arbitration and Stay Litigation to continue negotiations. That Motion was allowed by the Court on March 1, 2024. [Dkt. Nos. 19 and 20.]

6. The Parties have now agreed to written terms of settlement. One of the arrangements between the Parties is the agreed-upon exchange of certain files prior to signing the settlement agreement. The Parties are now engaged in good faith in completing that task, and believe that this will be accomplished on or before Tuesday, April 09, 2024. The Parties further jointly believe that extending the time for further motion practice will enable the Parties to focus on the completion of these tasks, allowing the case to be reported as settled.

**WHEREFORE**, the Parties jointly request that this Court extend by 21 days the time for Plaintiff to oppose Defendants' Motion to Compel Arbitration and Stay Litigation, to and including April 9, 2024.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The Parties confirm that they have conferred in a good faith effort to narrow and resolve issues raised by this Motion, and that all parties join in seeking the relief requested.

Respectfully submitted,

PLAINTIFF ALEXANDER CHERKASSKY,
By his attorneys,

/s/ Paul M. Robertson

Kenneth J. DeMoura, BBO# 548910
Paul M. Robertson, BBO # 562421
Melanie J. McCauley, BBO # 703689
DeMoura|Smith LLP
607 North Avenue, Suite F
Wakefield, MA 01880
Tel: (781) 914-3779
Fax: (781) 914-3780
kdemoura@demourasmith.com
probertson@demourasmith.com
mmccauley@demourasmith.com

DEFENDANTS STANDARD BIOTOOLS, INC., and MICHAEL EGHOLM
By their attorneys,

/s/ Kathryn Droumbakis

Kathryn Droumbakis (BBO# 703384)
John F. Sylvia (BBO# 555581)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: 617.542.6000
Fax: 617.542.2241
KRDroumbakis@mintz.com
JFSylvia@mintz.com

**Dated: March 15, 2024**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for each party indicated as nonregistered participants on the date set forth above.

/s/ Melanie McCauley
Melanie McCauley