**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ALEXANDER CHERKASSKY

Plaintiff,

v.

STANDARD BIOTOOLS, INC., AND MICHAEL EGHOLM,

Defendants.

Civil Action No. 1:23-CV-13163-PBS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and L.R., D. Mass. 68.2, Plaintiff, Alexander Cherkassky, and Defendants, Standard BioTools, Inc., and Michael Egholm, hereby stipulate to the dismissal of this action and all claims and counterclaims asserted herein, with prejudice, with all parties to bear their own fees and costs, and waiving any right to appeal.

Respectfully submitted,

PLAINTIFF ALEXANDER CHERKASSKY,
By his attorneys,

/s/ Paul M. Robertson

Kenneth J. DeMoura, BBO# 548910
Paul M. Robertson, BBO # 562421
Melanie J. McCauley, BBO # 703689
DeMoura|Smith LLP
607 North Avenue, Suite F
Wakefield, MA 01880
Tel: (781) 914-3779
Fax: (781) 914-3780
kdemoura@demourasmith.com
probertson@demourasmith.com
mmccauley@demourasmith.com

DEFENDANTS STANDARD BIOTOOLS, INC.,
and MICHAEL EGHOLM
By their attorneys,

/s/ Kathryn Droumbakis

Kathryn Droumbakis (BBO# 703384)
John F. Sylvia (BBO# 555581)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: 617.542.6000
Fax: 617.542.2241
KRDroumbakis@mintz.com
JFSylvia@mintz.com

**Dated: April 5, 2024**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for each party indicated as nonregistered participants on the date set forth above.

/s/ Melanie McCauley

Melanie McCauley